■ In the Matter of CORNELIUS McADOO, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents. [796 NYS2d 258]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating the prison disciplinary rule that prohibits inmates from participating in demonstrations. The Attorney General has advised this Court that the determination at issue has been administratively reversed and that all references thereto have been expunged from petitioner's institutional record. Although petitioner seeks to be restored to the status he enjoyed prior to being charged with the disciplinary violation, including back pay, petitioner has received all the relief to which he is entitled and, therefore, the matter is dismissed as moot (*see Matter of Watson v Goord,* 294 AD2d 725 [2002]).

Crew III, J.P., Mugglin, Rose, Lahtinen and Kane, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.